# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

v.                              CASE NO. 6:26-cr-10051-EFM

RYAN BRUNGARDT,

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**Sexual Exploitation of a Child – Production of Child Pornography**
**[18 U.S.C. § 2251(a)]**

On or about January 13, 2024, in the District of Kansas, the defendant,

## RYAN BRUNGARDT,

used, persuaded, induced, enticed and coerced a minor, Minor Victim 1 (a minor whose

identity is known to the Grand Jury), to engage in sexually explicit conduct for the purpose

of producing a visual depiction of such conduct and for the purpose of transmitting a live

visual depiction of such conduct, and knowing and having reason to know that such visual

depiction would be transported and transmitted using any means and facility of interstate

and foreign commerce and in and affecting interstate and foreign commerce, and that visual

depiction was produced and transmitted using materials that have been mailed, shipped,

and transported in and affecting interstate and foreign commerce by any means, including

by computer, and  such visual depiction has actually been transported and transmitted using

any means and facility of interstate and foreign commerce and in and affecting interstate

and foreign commerce and mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

### Sexual Exploitation of a Child – Production of Child Pornography
### [18 U.S.C. § 2251(a)]

On or about January 13, 2024, in the District of Kansas, the defendant,

## RYAN BRUNGARDT,

used, persuaded, induced, enticed and coerced a minor, Minor Victim 2 (a minor whose

identity is known to the Grand Jury), to engage in sexually explicit conduct for the purpose

of producing a visual depiction of such conduct and for the purpose of transmitting a live

visual depiction of such conduct, and knowing and having reason to know that such visual

depiction would be transported and transmitted using any means and facility of interstate

and foreign commerce and in and affecting interstate and foreign commerce, and that visual

depiction was produced and transmitted using materials that have been mailed, shipped,

and transported in and affecting interstate and foreign commerce by any means, including

by computer, and  such visual depiction has actually been transported and transmitted using

2

any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 3

**Sexual Exploitation of a Child – Attempted Production of Child Pornography
[18 U.S.C. § 2251(a)]**

On or about January 13, 2024, in the District of Kansas, the defendant,

## RYAN BRUNGARDT,

did employ, use, persuade, induce, entice, and coerce, and did attempt to employ, use, persuade, induce, entice, and coerce Minor Victim 3 (a minor whose identity is known to the Grand Jury), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate  and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and  such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

3

## COUNT 4

**Sexual Exploitation of a Child – Production of Child Pornography**
**[18 U.S.C. § 2251(a)]**

On or about January 13, 2024, in the District of Kansas, the defendant,

## RYAN BRUNGARDT,

used, persuaded, induced, enticed and coerced a minor, Minor Victim 4 (a minor whose identity is known to the Grand Jury), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and  such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## FORFEITURE NOTICE

Upon conviction of one or more of the offenses set forth in Counts 1-4 the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to

4

commit or to promote the commission of such offenses or any property traceable to such

property, including but not limited to:

      A.  Samsung Galaxy S21 FE.

A TRUE BILL.

March 24, 2026                      s/Foreperson
DATE                             FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Molly Gordon
MOLLY GORDON
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

By: /s/ Katie Andrusak
KATIE ANDRUSAK
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov
Ks. S. Ct. No. 25961

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# **PENALTIES**

**Counts 1-4: Production/Attempted Production of Child Pornography**

- Punishable by a term of imprisonment of not less than fifteen (15) years but not more than thirty (30) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than twenty-five (25) years nor more than fifty (50) years. If such person has two or more prior convictions under chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to sexual exploitation of children, the term of imprisonment shall be for not less than thirty-five (35) years nor more than life.18 U.S.C. § 2251(e).

- A term of supervised release of not less than five (5) years and up to life.  18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person.  18 U.S.C. §3014(a)(3).

- An additional assessment of not more than $50,000.00.  18 U.S.C. §2259A(a)(3).