COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

**FILED**
U.S. District Court
District of Kansas

3/25/2026

Date: 3/25/26

Clerk, U.S. District Court
By mv Deputy Clerk

United States of America,

        Plaintiff,

v.

Case No. 26-10051-01-EFM

Ryan Brungardt,

        Defendant.

JUDGE: ☐ Birzer ☑ Severson
DEPUTY CLERK: ☐ Anderson ☑ Vaughn
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Wriedt
        ☐ Ping ☐ Rivera ☐ Vilaythong
        ☐ Sworn

AUSA: Deb Barnett
DEFENSE COUNSEL: Mitch Biebighauser for Ellen Bertels
TAPE NO.: 1:47 - 1:49

## PROCEEDINGS

☐ Initial Appearance      ☐ Detention Hearing      ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)      ☐ Preliminary Hearing      ☐ Pretrial Conference
☐ Sentencing      ☐ Change of Plea
☐ In-Court Hearing: _____
☑ Arraignment    ☑ Reading waived    ☐ Read to Defendant    ☑ Not Guilty Plea Entered

☐ Complaint ☑ Indictment ☐ Information ☐ Pet. Revoke Supervision ☑ No. Counts: 4 ☑ Forfeiture
☑ Felony      ☐ Misdemeanor
☑ Charges/Viols. and penalties explained to Defendant
☑ Constitutional rights explained
☐ Defendant affirmation/sworn    ☐ Examined re: financial status    ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered      ☐ Bond fixed at: $ _____      ☐ Continued on present bond/conditions
☐ Detention ordered      ☑ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
         ☑ per the Scheduling Order of Judge Melgren
         ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
         for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____