**In the United States District Court
for the District of Kansas**

---

**United States of America**,
            Plaintiff,

v.                                                    Case No. 6:26-cr-10051-JMK

**Ryan Brungardt,**
            Defendant.

---

**Order for Continuance**

---

Now on this 6th day of July, 2026, the above matter comes before the Court on Mr. Ryan Brungardt's Motion for Continuance (Doc. 23) of the pretrial motions deadline, status conference, and jury trial for 30 days. The government does not object to the defendant's request.

Having reviewed the motion, and being familiar with the case history, this Court finds the following reasons:

a. Mr. Brungardt was arraigned on March 25, 2026.

b. The government produced discovery on April 9, 2026, April 29, 2026, and May 14, 2026, which consists of 34,343 pages of documents, 118 audio and/or video recordings, and two cell phone extractions.

c. The parties have tentatively agreed on a resolution in this case. Additional time is needed to reach an agreement, draft the plea documents, and review the documents with Mr. Brungardt.

d. This is Mr. Brungardt's second request for continuance.

e. Mr. Brungardt is in custody.

For these reasons, this Court finds that additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This Court further finds that the period of delay resulting from this continuance shall be excluded in computing time under the Speedy Trial Act, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

Specifically, the time from July 6, 2026, to the Court's ruling on this motion to continue is excluded, as is the time from the trial setting of July 21, 2026, to the new trial setting of August 18, 2026.

This Court therefore grants the requested continuance, and imposes the following deadlines:

1. Motions deadline July 28, 2026.

2. Status conference August 4, 2026 at 09:00 a.m. in Judge's Chambers, Room 423.

3. Jury trial August 18, 2026 at 9:00 a.m. in Courtroom 408.

It is therefore ordered that the Motion for Continuance (Doc. 23) is granted.

So ordered on this 6th day of July, 2026.

s/ Jeffrey M. Kuhlman
JEFFREY M. KUHLMAN
UNITED STATES DISTRICT JUDGE

2