**In the United States District Court
for the District of Kansas**

---

**United States of America**,
              Plaintiff,

v.                                                    Case No. 26-10051-01 JMK

**Ryan Brungardt,**
              Defendant.

---

### Motion for Continuance

---

Ryan Brungardt, through undersigned counsel, moves this Court to continue the status conference and jury trial for 30 days, for the following reasons:

1. The current schedule for this case is:

   a. Status conference is scheduled for August 4, 2026, at 9:00 a.m.

   b. Jury trial is scheduled for August 18, 2026, at 9:00 a.m.

2. We are requesting to continue both dates.

3. The government does not object to this request.

4. Additional time is necessary, beyond the original trial date, for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically:

   a. Mr. Brungardt was arraigned on March 25, 2026.

   b. The government produced discovery on April 9, 2026, April 29, 2026, and May 14, 2026, which consists of 34,343 pages of documents, 118 audio and/or video recordings, and two cell phone extractions.

c.  The parties have reached a plea agreement but need time to finalize the plea documents and for defense counsel to review them with Mr. Brungardt.

d.  Also, counsel will be in Topeka for a change of plea hearing in front of Judge Mattivi on Tuesday, August 4, 2026. Additional time is needed to allow counsel to attend the change of plea in Topeka.

e.  This is Mr. Brungardt's third request for continuance.

f.  Mr. Brungardt is in custody.

For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *Id.* at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U. S. 489, 498-99 (2009). Those needs are present here.

Mr. Brungardt therefore asks this Court to make the required findings and continue jury trial for 30 days, setting new deadlines related to pretrial motions and scheduling a status conference in conformity with the new trial date.

Respectfully submitted,

s/ Ellen Bertels
ELLEN BERTELS
Sup. Ct. No. 28938
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: Ellen_Bertels@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on August 3, 2026, by using the CM/ECF system, which will send a notice of electronic filing to all interested parties

s/ Ellen Bertels
ELLEN BERTELS, #28938