# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO. 26-10051-EFM**

**RYAN BRUNGARDT,**

**Defendant.**

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**

**Sexual Exploitation of a Child – Production of Child Pornography**
**18 U.S.C. § 2251(a)**

On or about January 13, 2024, in the District of Kansas, the defendant,

**RYAN BRUNGARDT,**

used, persuaded, induced, enticed and coerced several minors, Minor Victim 1, Minor Victim 2, Minor Victim 3, Minor Victim 4, Minor Victim 5, Minor Victim 6, Minor Victim 7, Minor Victim 22, Minor Victim 23, (children under the age of 18 whose identities are known to law enforcement), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live

visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT 2**

**Sexual Exploitation of a Child – Production of Child Pornography**
**18 U.S.C. § 2251(a)**

On or about January 18, 2024, in the District of Kansas, the defendant,

**RYAN BRUNGARDT,**

used, persuaded, induced, enticed and coerced a minor, Minor Victim 29, (a child under the age of 18 whose identity is known to law enforcement), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign

commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT 3**

**Sexual Exploitation of a Child – Production of Child Pornography**
**18 U.S.C. § 2251(a)**

On or about January 20, 2024, in the District of Kansas, the defendant,

**RYAN BRUNGARDT,**

used, persuaded, induced, enticed and coerced several minors, Minor Victim 10, Minor Victim 11, Minor Victim 12, Minor Victim 13, Minor Victim 14, Minor Victim 15, Minor Victim 16, Minor Victim 17, Minor Victim 18, Minor Victim 19, Minor Victim 21, Minor Victim 24, Minor Victim 26, Minor Victim 27, Minor Victim 28, (children under the age of 18 whose identities are known to law enforcement), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually

been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

**FORFEITURE NOTICE**

1. The allegations contained in Counts 1, 2 and 3 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a).

2. Upon conviction of one or more of the offenses set forth in Counts 1, 2 and 3, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

A. Samsung Galaxy S21 FE.

RYAN KRIEGSHAUSER
UNITED STATES ATTORNEY

By:/s/ Molly Gordon
MOLLY GORDON
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

## PENALTIES

**Counts 1-3: Sexual Exploitation of a Child (Production of Child Pornography)**

- Punishable by a term of imprisonment of not less than fifteen (15) years but not more than thirty (30) years.

- If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than twenty-five (25) years nor more than fifty (50) years.

- If such person has two or more prior convictions under chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to sexual exploitation of children, the term of imprisonment shall be for not less than thirty-five (35) years nor more than life.18 U.S.C. § 2251(e).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).
- An additional assessment of not more than $50,000.00. 18 U.S.C. §2259A(a)(3).